[No. 11572-3-I. Division One. January 16, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. CHARLES
E. RECORD, *Appellant.*

Appeal from a judgment of the Superior Court for What-

com County, No. 81-1-00266-1, Marshall Forrest, J., entered March 8, 1982. *Affirmed* by unpublished opinion per Corbett, J., concurred in by Durham, C.J., and Ringold, J.